**JOHN L. BURRIS, SBN 69888**
**ADANTE D. POINTER, SBN 236229**
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Center
7677 Oakport St., Suite 1120
Oakland, CA 94621
Telephone:   (510) 839-5200
Facsimile:   (510) 839-3882
Email: John.Burris@johnburrislaw.com
Email: Adante.Pointer@johnburrislaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVISHA MITCHELL,<br>　　　　　Plaintiff,<br>　v.<br>COUNTY OF SACRAMENTO, a municipal corporation, et al.<br>　　　　　Defendants. | Case No.: 2:18-CV-03252-WBS-EFB<br><br>**ORDER TO CONTINUE INITIAL SCHEDULING CONFERENCE** |

**IT IS HEREBY ORDERED** that, pursuant to Stipulation of the Parties, and good cause in support thereof, that the Initial Scheduling Conference is continued from May 13, 2109 at 1:30 p.m. to **May 28, 2019, at 1:30 p.m.**  A Joint Status Report shall be filed no later than **May 14, 2019**.

**IT IS SO ORDERED.**

Dated:  February 4, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE