**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF SACRAMENTO, DEPUTY ALLISON DANIELE, DEPUTY KIMBERLY HUTCHINSON, and DEPUTY RAYMOND MOORE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVISHA MITCHELL, an individual, | CASE NO.  2:18-CV-03252-WBS-EFB |
| Plaintiff, | **STIPULATION TO MODIFY SCHEDULING ORDER; ORDER** |
| v. | |
| COUNTY OF SACRAMENTO, a municipal corporation; DEPUTY ALLISON DANIELE, individually and in his official capacity as Deputy Sheriff for the COUNTY OF SACRAMENTO; DEPUTY KIMBERLY HUTCHINSON, individually and in his capacity as Deputy Sheriff for the COUNTY OF SACRAMENTO; and DOES 1-50, individually and in their official capacities as Police Deputies for the COUNTY OF SACRAMENTO, jointly and severally. | |
| Defendants. | Complaint Filed:  12/20/18 |

Plaintiff DAVISHA MITCHELL and Defendants COUNTY OF SACRAMENTO, DEPUTY ALLISON DANIELE, DEPUTY KIMBERLY HUTCHINSON, and DEPUTY RAYMOND MOORE, by and through their respective counsel of record, hereby stipulate that the Status (Pretrial Scheduling) Order dated May 22, 2019, be modified to extend time to complete discovery.

{02217090.DOCX}   1
STIPULATION TO MODIFY SCHEDULING ORDER; ORDER

Good cause exists to modify the discovery deadline due to difficulties presented by COVID-19, availability of witnesses and the logistical constraints of performing remote depositions.

Accordingly, the parties agree to extend discovery deadline to July 8, 2020.  At this time, no other dates are requested to be modified.

Respectfully submitted,

Dated:  June 5, 2020            LAW OFFICES OF JOHN L. BURRIS

By: /s/ Adante D. Pointer (Authorized on 05/28/2020
     Adante D. Pointer
     Attorneys for Plaintiff DAVISHA
     MITCHELL

Dated:  June 5, 2020            PORTER SCOTT
                                A PROFESSIONAL CORPORATION

By: /s/ John R. Whitefleet
     John R. Whitefleet
     Attorney for Defendants
     COUNTY OF SACRAMENTO,
     DEPUTY ALLISON DANIELE,
     DEPUTY KIMBERLY HUTCHINSON, and
     DEPUTY RAYMOND MOORE

**ORDER**

Good cause appearing, it is so ordered.

DATED:  June 5, 2020

_____
Edmund F. Brennan
United States Magistrate Judge

{02217090.DOCX}                         2
STIPULATION TO MODIFY SCHEDULING ORDER; ORDER