UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| DAVISHA MITCHELL, an individual,<br><br>            Plaintiff,<br><br>     v.<br><br>COUNTY OF SACRAMENTO, a municipal corporation; DEPUTY ALLISON DANIELE, individually and in his official capacity as Deputy Sheriff for the County of Sacramento; DEPUTY KIMBERLY HUTCHINSON, individually and in his capacity as Deputy Sheriff for the County of Sacramento; and DOES 1-50, individually and in their official capacities as Police Deputies for the County of Sacramento, jointly and severally,<br><br>            Defendants. | No.  2:18-cv-3252 WBS EFB<br><br>**ORDER** |

----oo0oo----

Pursuant to the discussion with the parties at the status conference held on August 31, 2020, the court hereby sets

1

the following deadlines and dates:

| Deadline/Date | Date Agreed by the Parties |
|---|---|
| Dispositive Motions Filing Deadline | December 4, 2020 |
| Dispositive Motion Hearing and Status Conference | January 19, 2020 |
| Final Pretrial Conference | April 26, 2021 |
| Trial Date | June 8, 2021 |

As discussed with the parties, on January 19, 2020, the court will hear any dispositive motions and will also conduct a status conference regarding the trial date and related matters.

The parties have also agreed to a settlement conference with a magistrate judge. Accordingly, a settlement conference is set before Magistrate Judge Kendall J. Newman on October 23, 2020 at 9:00 AM. The parties are instructed to have a principal with full settlement authority present for the settlement conference or to be fully authorized to settle the matter on any terms. The individual with full settlement authority to settle must also have unfettered discretion and authority to change the settlement position of the party, if appropriate. The purpose behind requiring attendance of a person with full settlement authority is that the parties' view of the case may be altered during the face to face conference. An authorization to settle for a limited dollar amount or sum certain can be found not to comply with the requirement of full authority to settle. The parties are directed to exchange non-confidential settlement conference statements seven days prior to the settlement conference. These

2

statements shall be simultaneously delivered to the Court using the following email address: kjnorders@caed.uscourts.gov.  These statements should not be filed on the case docket.  If a party desires to share additional confidential information with the Court, they may do so pursuant to the provisions of Local Rule 270(d) and (e).

        IT IS SO ORDERED.

Dated:  August 31, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE