ADANTÉ D. POINTER, SBN 236229
POINTER & BUELNA, LLP
1901 Harrison Street, Suite 1140
Oakland, California 94621
TEL: (510) 929-5400
apointer@lawyersftp.com

JOHN L. BURRIS, SBN 69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, California 94621
TEL: (510) 8396-5200
John.burris@johnburrislaw.com

Attorneys for Plaintiff DAVISHA MITCHELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVISHA MITCHELL, an individual, | CASE NO. 2:18-CV-03252-WBS-EFB |
| Plaintiff, | **STIPULATED DISMISSAL WITH PREJUDICE (FRCP 41(a)(1))** |
| v. | |
| COUNTY OF SACRAMENTO, a municipal corporation; DEPUTY ALLISON DANIELE, individually and in her official capacity as Deputy Sheriff for the COUNTY OF SACRAMENTO; DEPUTY KIMBERLY HUTCHINSON, individually and in her capacity as Deputy Sheriff for the COUNTY OF SACRAMENTO; DEPUTY RAYMOND MOORE, individually and in his official capacity as Deputy Sheriff for the COUNTY OF SACRAMENTO and DOES 1-50, | Complaint Filed: 12/20/18 |
| Defendants. _____/ | |

It is hereby stipulated, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by and between Plaintiff DAVISHA MITCHELL and Defendants COUNTY OF SACRAMENTO ALLISON DANIELE, KIMBERLY HUTCHINSON and RAYMOND MOORE, by and through their attorney JOHN WHITEFLEET that this entire action is dismissed with prejudice forthwith. Each party will bear their own costs and attorney's fees.

Respectfully submitted,

POINTER & BUELNA, LLP

Dated:  February 3, 2021

By /s/ Adanté D. Pointer
    ADANTÉ D. POINTER
    Attorney for Plaintiff

Dated:  February 3, 2021    PORTER SCOTT
                            A PROFESSIONAL CORPORATION

By /s/ John R. Whitefleet
    JOHN R. WHITEFLEET
    Attorney for Defendants

**IT IS SO ORDERED.**

Dated:  February 3, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE